UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOHAMMAD EIVAZI,<br><br>                                    Petitioner,<br><br>v.<br><br>CHRISTOPHER J. LAROSE, Warden, Otay Mesa Detention Center; DANIEL A. BRIGHTMAN, Field Office Director, San Diego Field Office, United States Immigration and Customs Enforcement; TODD M. LYONS, Acting Director, United States Immigration and Customs Enforcement; MARKWAYNE MULLIN, Secretary of Homeland Security; TODD BLANCHE, Acting Attorney General, in their official capacities,<br><br>                                    Respondents. | Case No.: 3:26-cv-2469-JES-SBC<br><br>**ORDER FOR BOND HEARING**<br><br>**[ECF No. 1]** |

Before the Court is Petitioner Mohammad Eivazi's ("Petitioner") Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241. ECF No. 1. Pursuant to the Court's Order to Show Cause, (ECF No. 2.), Respondents filed the Return. ECF No. 4, ("Ret."). Petitioner then filed the Traverse. ECF No. 7.

In the Return, Respondents concede that Petitioner is entitled to an individualized bond hearing, where the Government would bear the burden of proof of establishing, by

clear and convincing evidence, that Petitioner poses a danger to the community or is a risk of flight. Ret. at 1-2. Respondents explain this concession was made in light of case law within this district, where courts repeatedly inferred a constitutional right for noncitizens against prolonged mandatory detention, and the length of time that Petitioner has been in custody. *Id.* at 1; *See Sadeqi v. LaRose*, No. 25-cv-2587-RSH-BJW, 2025 WL 3154520 (S.D. Cal. Nov. 12, 2025); *Gao v. LaRose*, No. 25-cv-2084-RSH-SBC, 2025 WL 2770633 (S.D. Cal. Sept. 26, 2025). Accordingly, the Court **GRANTS IN PART** the Petition as follows:

(1)  The Court **ORDERS** Respondents to provide Petitioner with an individualized bond determination hearing within **ten days** of this Order.

   a. At the hearing, the Government **SHALL BEAR** the burden of establishing by clear and convincing evidence that Petitioner is a danger to the community or a flight risk if he were to be released.

   b. Respondents **SHALL** make a complete record of the bond hearing available to Petitioner and his counsel.

(2)  Respondents are **ORDERED** to File a Notice of Compliance within **five days** of providing Petitioner with the bond hearing, including apprising the Court of the results of the hearing.

(3)  The Clerk of Court is **DIRECTED** to **CLOSE** this case

**IT IS SO ORDERED.**

Dated: May 4, 2026

_____
Honorable James E. Simmons Jr.
United States District Judge

2

3:26-cv-2469-JES-SBC